** NOT FOR PRINTED PUBLICATION **

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | | |
|---|---|---|
| JOANN FIELDS & ROSE TROTTY, | § | |
| | § | |
| *Plaintiffs,* | § | |
| | § | CIVIL ACTION No. 9-13-CV-250 |
| v. | § | |
| | § | JUDGE RON CLARK |
| STEPHEN F. AUSTIN STATE | § | |
| UNIVERSITY & BOB COKER | § | |
| | § | |
| *Defendants*. | § | |

## FINAL JUDGMENT

The court granted Defendants' Motions for Summary Judgment in this matter on December 10, 2014. [Doc. # 38]. In accordance with that Order, it is so ORDERED that Plaintiffs Joann Fields and Rose Trotty shall take nothing, that costs to be taxed against Plaintiffs Fields and Trotty, and that all relief not specifically granted here is DENIED. This is a Final Judgment disposing of the claims of all parties and is appealable.

So **ORDERED** and **SIGNED** this **11** day of **December, 2014.**

_____
Ron Clark, United States District Judge